USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAPLAN GROUP INVESTMENTS, LLC et al.,

                Plaintiffs,

-against-

A.S.A.P. LOGISTICS LTD et al.,

                Defendants.

---

22-CV-07326 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including all orders, dates, and deadlines set forth in the previous Order on November 1, 2023. *See* Dkt. No. 58. Accordingly, the parties' joint status letter is due on or before **March 1, 2024.** All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Counsel are referred to Rule II(B)(9) of the Individual Rules concerning the conduct of the case following fact discovery.

    Additionally, it is hereby ORDERED that counsel for all parties appear for a conference with the Court on **Wednesday, March 27, 2024, at 11:30 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Dated: February 27, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge