USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAPLAN GROUP INVESTMENTS LLC, EXOS FUNDS MRP1 LLC, CARDINAL SPECIAL TY CREDIT FUND LLC, M42 TACTICAL INC.,

*Plaintiffs*,

-against-

A.S.A.P. LOGISTICS LTD., DEBORAH CROSS, SHARON SACRAMONE, GUVEN ACARER, SNOOZ MATTRESS LLC a/k/a SNOOZ CORP. LLC, OCTAVIO FERMIN, JEIMY M. PENA FERMIN, ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI d/b/a ASAP LOGISTICS AND DEFENSE and/or ASAP LOGISTICS AND DEFENSE GUVENLIK HIZMETLERJ SANA YI VE TICARET LIMITED SIRKETI,

*Defendants*.

Case No. 1: 22-cv-07326

**[PROPOSED]**
**STIPULATED JUDGMENT**

  This stipulated judgment is entered into by and between Plaintiffs Kaplan Group Investments LLC, Exos Funds MRP1 LLC, Cardinal Specialty Credit Fund LLC and M42 Tactical Inc. ("Plaintiffs") and Defendants A.S.A.P. Logistics Ltd., Deborah Cross and Sharon Sacramone (the "ASAP Defendants").

  WHEREAS Plaintiffs filed this action against the ASAP Defendants by complaint dated August 26, 2022, filed at Dkt. 1 (the "Complaint"), which was amended on September 29, 2022, filed at Dkt. 7 ("Amended Complaint");

  WHEREAS the ASAP Defendants at all times denied all allegations in the Complaint and the Amended Complaint;

  WHEREAS since filing the Complaint and the Amended Complaint, Plaintiffs have learned that they were misled by false information provided by a third party, and that all claims they asserted against the ASAP Defendants were based upon that false information;

  WHEREAS Plaintiffs now agree as a result that judgment in favor of the ASAP Defendants should be entered on all claims asserted against the ASAP Defendants in the Complaint and the Amended Complaint;

IT IS HEREBY STIPULATED AND ORDERED that:

1. Judgment is hereby entered in favor of the ASAP Defendants on all claims asserted against them in this action.

2. Each party shall bear its own attorneys' fees and costs incurred herein.

| **PARLATORE LAW GROUP, LLP** | **SCHLAM STONE & DOLAN LLP** |
|---|---|
| */s/ Maryam N. Hadden* | */s/ Jolene LaVigne-Albert* |
| Maryam N. Hadden, Esq. | Jolene LaVigne-Albert, Esq. |
| 260 Madison Avenue, 17th Fl. | 26 Broadway |
| New York, NY 10016 | New York, NY 10004 |
| 646-846-6382 | (212)612-0685 |
| maryam.hadden@parlatorelawgroup.com | jlavignealbert@schlamstone.com |
| *Attorney for Plaintiffs* | *Attorney for ASAP Defendants* |

SO ORDERED.

Dated: August 5, 2024

By: _____
Hon. Margaret M. Garnett
U.S. District Judge